U.S. DISTRICT COURT
District of New Hampshire

JUL 05 2005

FILED

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Carol A. Kippenberger

v.    Case No. 05-cv-231-JM

Metropolitan Life Insurance Company

ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted.

This case has been assigned number 05-cv-231-JM.

**SO ORDERED.**

_____
United States District Judge

Date: 7-5-05

CC:    Randolph J. Reis, Esq.

Kippenberger v. Metropolitan Life Insurance Company    Doc. 3

